# CRIMINAL DOCKET · U.S. District Court

NEW SENTENCING GUIDELINES

VS. DAVIDSON, SCOTT

| | | |
|---|---|---|
| PO ☐ 0975 | Assigned 1 7511 | ☐ WRIT |
| Misd. ☐ | Disp./Sentence 7511 | ☐ JUVENILE |
| Felony ☒ District | Off Judge/Magistr. | ☐ ALIAS / OFFENSE ON INDEX CARD |

Case Filed: Mo. 12 Day 22 Yr. 88   Docket No. 88 01778 DAE   Def. 04
No. of Def's 5
U.S. MAG. CASE NO. 88-0366MT 04

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. | NG | GUILTY/NOLO |
|---|---|---|---|---|---|
| 46:1903(a); 18:2 & 21:960(b) | Possess, aid/abet in possessing in excess of 1,000 kg of marihuana, Sched I (maritime trafficking) Ct 1 | 1 | | | X |
| 46:1903(j) & 21:960(b) | Conspiracy to distribute in excess of 1,000 kg of marihuana, Sched I Ct 2 [mid-October to Dec 1988] | 1 | X | | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE
- KEY DATE ▶ 12-07-88
- ☒ arrest
- ☐ sum'ns
- ☐ custody
- ☐ appears on complaint
- EARLIEST OF

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
- KEY DATE ▶ 12-22-88
- ☒ Indictment filed/unsealed
- ☐ consent to Magr. trial on complaint
- ☐ Information
- ☐ Felony-W/waiver
- APPLICABLE

KEY DATE ▶ 12-22-88
- a) ☒ 1st appears on pending charge /R40
- b) ☐ Receive file R20/21
- c) ☐ Supsdg ☐ Indt ☐ Inf
- d) ☐ Order New trial
- e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO
- KEY DATE ▶ 04-10-89
- ☐ Dismissal  CT 1
- ☒ Pled  ☒ After N.G.
- guilty
- ☐ Nolo  ☐ After nolo
- ☐ Trial (voir dire) began
- ☐ Jury ☐ N.J.
- APPLICABLE

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED | on def motion | on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 12-15-88 | 12-22-88 | RE-TRIAL | | 04-10-89 | 07-05-89 | | ☐ on S.T. grounds ☐ W.P. ☐ WOP | | |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | 12-15-88 88-0366MT | | |
| Date of Arrest | OFFENSE (In Complaint) | | |

INITIAL APPEARANCE DATE ▶ 12-15-88
PRELIMINARY EXAMINATION / Date Scheduled ▶ 12-22-88
OR REMOVAL HEARING / Date Held ▶
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

OFFENSE: 46:1903(a) and (c)(1)(C) marihuana, Sched I on the high seas

DANIEL A. BENT by Louis A. Bracco, AUSA

Show last names and suffix numbers of other defendants on same indictment/information:
(01) Greyshock, (02) Stewart, (03) Landis, (04) Davidson, (05) Mussell

RULE 20 21 40 in Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
DANIEL A. BENT
by Louis A. Bracco, Ass't U.S. Atty

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

JOHN ASHFORD THOMPSON  #600
310 Richards St. Suite 990
Honolulu, Hawaii 96813
ph: 524-6100

BAIL · RELEASE
PRE-INDICTMENT
Release Date
Bail ☐ Denied
☐ Fugitive
☐ Pers. Rec.
AMOUNT SET ☐ PSA
$
Conditions
Date Set
☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
☐ Other

POST-INDICTMENT
Release Date
Bail ☐ Denied
☐ Fugitive
☐ Pers. Rec.
AMOUNT SET ☐ PSA
$
Conditions
Date Set
☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
☐ Other

AUG 3 1989

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 1-31-91 | Pd to USA | $25.00 | Bal. $25.00 | | |
| 3-31-91 | Pd to USA | 25.00 | Bal. -0- | | |

☐ Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | | | | | |
|---|---|---|---|---|---|
| DOCUMENT NO. | | 88 01778 DAE 04 | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE 1 OF<br>X  PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY | |

V. PROCEEDINGS

| 1988 | | |
|---|---|---|
| Dec 15 | | COMPLAINT - Affidavit of Richard F. Bratt, S/A Customs |
| | | Motion To Detain Defendant Without Bail  --  3 days |
| | EP: | INITIAL APPEARANCE - defts present.<br>Request for court-apptd counsel - GRANTED as to defts 03 [Landis] & 04 [Davidson]. Provisional appointments GRANTED as to defts 02 [Stewart] & 05 [Mussell]. As to deft 01, Greyshock, request for court-apptd counsel DENIED but court will assist deft in obtaining counsel. He will inform court if he finds retained counsel. Mag. Tokairin's secretary to contact counsel for the other defts. Defts sworn to Financial Affidavits (except deft 01).<br>Detention Hrng: 12-19-88 at 11:00 (T)<br>PH: 12-22-88 at 2:00 (T)    (ESR)  TOKAIRIN |
| | | Financial Affidavit |
| | | Return on Clerk's Temporary Commitment - deft delivered to OCCC by USM on 12-15-88 |
| 16 | EO: | Detention Hrng re-set to 11:30 on 12-19-88   TOKAIRIN |
| | | ORDER of Temporary Detention Pending Hearing Pursuant to Bail Reform Act   TOKAIRIN |
| *15 | | APPOINTMENT - THOMPSON - V# 0158917 - $4,732.20 - SAMUEL CONTI/GOODWIN - to<br>AO 06-09-89 |
| 19 | EP: | DETENTION HRNG - defts present with counsel. Further Detention Hrng for defts Paul Greyshock & Christopher Mussell contd to 12-21-88 at 1:30 p.m. before Mag. Tokairin.<br>Bail for deft Mike Stewart is set at $30,000 signature on the following conditions: (1) deft is to place his home as security & obtain a 2nd mortgage for the amount of the bail; (2) deft is to be gainfully employed; (3) deft is to stay away from boats; (4) deft is to undergo drug testing when directed by the Prob Office.<br>Bail for deft Larry Landis is set at $20,000 signature on the following conditions: (1) deft will be placed in the custody of Mr. & Mrs. Les Ito; (2) deft is to be gainfully employed; (3) deft is to undergo drug testing when directed by the Prob Office; (4) deft is stay away from boats.<br>Bail for deft Scott Davidson is set at $30,000 signature on the following conditions: (1) deft will be placed in the custody of Marcia Straight; (2) Marcia Straight will place her home as security and that the govt will take a 2nd mortgage on the property; (3) deft is to be gainfully employed; (4) deft is required to undergo drug testing when directed by the Prob Office; (5) deft is to stay away from boats.<br>                              (ESR)  TOKAIRIN |
| | | Notice of Appeal (by govt) |
| | EP: | Hearing on Govt's Appeal from Magistrate's Ruling:<br>The court after argument reverses the Magistrate's decision as to bail for defts Mike Stewart, Larry Landis & Scott Davidson. The Court orders the defts held in custody pending trial.         (ESR)  EZRA |
| | | ORDER of Detention Pending Trial  EZRA |
| 22 | 1 | EP: INDICTMENT - PS ordered & issued; retn 12-22-88 at 2:00 (T)<br>          (Marjann Shawler)  CONKLIN |

CONTINUED TO PAGE 2

Case 1:88-cr-01778-DAE   Document 1-4   Filed 12/22/88   Page 3 of 9   PageID.30

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   DAVIDSON, SCOTT

CR 88-01778 DAE 0<
page 2
Yr. | Docket No. | Def.

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 1988 | | | | | | |
| Dec 22 | | EP: A&P - Defts present with counsel. John Thompson for Ben Cassiday. Waives reading of Indictment. Pleas of NOT GUILTY entered.<br>PT Conf: 02-06-89 at 9:30 (T)<br>JS: 02-21-89 at 9:30 (C)<br>JT: 02-22-89 at 9:00 (E)<br>Defts mtns due: 01-12-89<br>Govts resp due: 01-26-89<br>Detention Order Stands    (BI)   TOKAIRIN | | | | |
| 23 | 2 | Return on PS - served personally upon deft by USM on 12-22-88 | | | | |
| 1989 | | | | | | |
| Jan 6 | 3 | AMENDED ORDER of Detention Pending Trial   EZRA | | | | |
| 12 | 4 | Defendant Davidson's Objections to the Magistrate Conducting Voir Dire; Certificate of Service | | | | |
| | 5 | Notice of Motion [02-13-89 at 3:00 (Ezra)]; Defendant Davidson's Motion to Dismiss Counts One and Two of the Indictment; Memorandum of Points and Authorities; Declaration of Scott Davidson; Declaration of John Ashford Thompson; Certificate of Service | 01-10-89<br>01-18-89<br>01-19-89 | | R<br><br>R | 9<br><br>22 |
| | 6 | Notice of Motion [02-13-89 at 3:00 (Ezra)]; Defendant Davidson's Motion to Suppress Statements; Memorandum of Points and Authorities; Declaration of Scott Davidson; Declaration of John Ashford Thompson; Certificate of Service | 02-09-89 | | | |
| | 7 | Notice of Motion [02-02-89 at 9:30 (T)]; Defendant Davidson's Motion for Discovery; Memorandum of Points and Authorities; Declaration of John Ashford Thompson; Certificate of Service | | | | |
| 17 | 8 | Defendant Davidson's Joinder in Defendant Landis' Motion to Extend Time for Filing Defense Motions; Certificate of Service | | | | |
| | 9 | Defendant Davidson's Memorandum in Support of Objection to the Magistrate Conducting Voir Dire; Certificate of Service | | | | |
| | | EO: Hearing on various motions advanced from 02-13-89 to 02-09-89 at 9:00 a.m.  Mr. John Thompson will notify all parties.   EZRA | | | | |
| 18 | | EP: M/Extend Time for Filing Defense Motions - defense attys Harrison, Murphy, Hart present - presence of defts waived. M/Suppress will be filed by Friday, per Mr. Harrison. Motion to Extend Time for Filing Defense Motions - GRANTED. Dates have been extended to 02-02-89. Govt to respond within 2 weeks.    (DO)   TOKAIRIN | | | | |
| 20 | 10 | Government's Reply to Defendants' Several Motions to Suppress Oral Statements Made While Aboard the U.S. Coast Guard Cutter Jarvis | | | | |
| 24 | 11 | Government's Reply to Defendants' Several Motions for Discovery; Exhibit A | | | | |
| | 12 | Government's Response to Defendant Davidson's Motion to Dismiss Counts I and II of the Indictment; Exhibit "A" | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET        DAVIDSON, SCOTT    CR 88-01778 DAE 04   page 3
AO 256A

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1989 | | | | | | |
| Jan 26 | 13 | Government's <u>Supplemental</u> Reply to Defendants' Several Motions to Suppress Oral Statements Made While Aboard the U.S. Coast Guard Cutter Jarvis | | | | |
| 31 | | EO: Hearing on Motions to Suppress Oral Statements and to Dismiss Counts 1 and 2 of the Indictment set for 02-09-89 at 9:00 a.m. and Jury Trial set for 02-22-89 at 9:00 a.m. are reassigned to the Honorable Samuel Conti.  EZRA | | | | |
| | 14 | Government's Trial Brief; Table of Contents; Table of Authorities; Certificate of Service | | | | |
| Feb 1 | | EO: Hearing on Deft Davidson's Motion for Discovery contd from 02-02-89 to 02-03-89 at 10:00 a.m. before Mag. Tokairin. The Final PT Conf set for 02-06-89 at 9:30 a.m. is reassigned from Mag. Tokairin to Judge Samuel Conti. Notified the following of the above changes by telephone: Mr. Bracco, Mr. Hart thru Dana, Mr. Murphy thru George, Mr. Thompson, Mr. Harrison thru his secretary. EZRA | | | | |
| 2 | | EO: Final PT Conf contd from 02-06-89 to 02-09-89 at 9:00 a.m. before Judge Samuel Conti.    SAMUEL CONTI | | | | |
| 3 | | EP: Ms/Compel Discovery - Harrison, Hart, Thompson & Murphy present. Defts all present w/ counsel. Ms/Compel Discovery GRANTED in part and DENIED in part. Bracco to prepare order                                (ESR) TOKAIRIN | | | | |
| 7 | 15 | ORDER                                      SAMUEL CONTI re: Greyshock's M/Dismiss Indictment shall be heard 02-09-89 @ 9:00 a.m. (Conti) | | | | |
| 10 | 16 | Government's Reply Regarding Relevance of Co-Defendant Mussell's Testimony At Pre-Trial Suppression Hearing | | | | |
| | 17 | Defendant Davidson's Request For Voir Dire Procedure and Suggested Questions' Memorandum Of Points And Authorities; Certificate of Service | | | | |
| | | EP: Defts' Motion to Suppress Statements began - [defense attys Hart, Harrison, Murphy, & Thompson present]. Witnesses ordered excluded. Govt witnesses Paul O'Brien, Mike Caruso, Peter Busick, James Nice. Govt Exhibits 2,3,4,7 admitted. Deft Greyshock's Exhibits 1-6 admitted. Deft Davidson's Exhibit 1 admitted. Deft Landis' Exhibit 1 admitted. Hrng contd to Wednesday, 02-15-89 at 9:00 a.m. for further suppression hrng.   (TC) SAMUEL CONTI | | | | |
| 14 | 18 | Notice Re: <u>In Camera</u> Lodging of Government's Application for <u>Ex Parte In Camera</u> Inspection and Protective Order Pursuant to §§ 3 & 4 of the Classified Information Procedures Act, 18 U.S.C. App. IV Concerning Certain U.S. Coast Guard Classified Materials | | | | |
| | 19 | Government's Proposed Voir Dire Questions | | | | |
| | 20 | Government's Requested Jury Instructions; Certificate of Service | | | | |
| | | SEE PAGE 4 | | | | |

Case 1:88-cr-01778-DAE   Document 1-4   Filed 12/22/88   Page 5 of 9   PageID.32

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs DAVIDSON, SCOTT
AO 256A

CR 88-01778 DAE 04
page 4

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 1989 Feb 15 | | EP: Suppression Hrng - 2nd Day - [defense attys Hart, Harrison, Murphy & Thompson present]. Continued direct of Agent James Nice; Govt's Ex #12 admitted; Govt witness Vincent McNally, Govt Ex #1 admitted; parties agree & it was ordered that counsel may provide an outside court reporter for 02-16-89. Govt Ex #9 admitted; Govt Ex #10 admitted; Deft Landis' Ex #1 [log of 12-09-88] admitted on 02-15-89 - entire log of 12-07-88 to 12-14-88 to be substituted in its place. (ESR/YI)   SAMUEL CONTI | |
| | 21 | ORDER Re Ex Parte In Camera Hearing   SAMUEL CONTI [Re classified materials; portions of this order redacted] | |
| | 22 | ORDER Re Ex Parte In Camera Hearing **SEALED**   SAMUEL CONTI [U.S. Coast Guard is custodian of classified sealed documents] | |
| 16 | | EP: Suppression Hrng - 3rd Day - [defense attys Hart, Harrison, Murphy & Thompson present]. ORDERED - Deft Christopher Mussell (05) will not be allowed to testify at this Suppression Hrng. Govt witness Vincent McNally contd. Deft's Motion to Dismiss constitutionality as to statute - DENIED. Defts to file a Motion to Reconsider. Deft Greyshock to subpoena Cook Island witness re: constituionality of jurisdiction, parties to brief issue - briefing schedule: Govt papers due: 02-21-89; Defts' responses due: 02-24-89; govt reply due: 02-27-89. Hrng on the Motion set for 02-28-89 at 9:00 a.m. The Court has ordered this case to be a complex case upon the oral motion of all the parties; therefore, the Speedy Trial Act no longer applies to this case. The trial date of 02-21-89 is vacated and a new trial date of 04-10-89 has been set for the Jury Trial. Govt witness John Borges, Govt Ex # 11 & 13 admitted. Suppression Hrng contd to Tuesday, 02-21-89 at 1:30 p.m. (Walter Smith)   SAMUEL CONTI | |
| 17 | 23 | Application of Assistant United States Attorney Louis A. Bracco in Support of a Protective Order Pursuant to §§ 3 & 4 of the Classified Information Procedures Act   **SEALED** | |
| 21 | 24 | ORDER Re Discovery   TOKAIRIN [Re hrng of 02-03-89] | |
| | 25 | Government's Memorandum Regarding Jurisdictional Matters; Exhibit "A" | |
| | | EP: Suppression Hrng - 4th Day - [defense attys Hart, Harrison, Murphy & Thompson present]. Govt witness John Borges, contd; Govt witness Richard Bratt. Hrng contd to 02-22-89 at 9:00 a.m. (Reginald Knipes) SAMUEL CONTI | |
| 22 | 26 | Notice of Newly Discovered Case Authority Re: Suppression Issues (by govt) EP: Suppression Hrng - 5th Day - [defense attys Hart, Harrison, Murphy & Thompson present]. JS set for 04-10-89 at 9:30 (T) JT set for 04-11-89 at 9:00 (Judge Samuel Conti) No pretrial is needed; parties are to file their proposed [contd on page 5] | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET        DAVIDSON, SCOTT   CR 88-01778 DAE 04  page 5
AO 256A

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1989 Feb 22 | | [5th Day Suppression Hrng, contd from page 4] Voir Dire, Witness Lists, Exhibit Lists and Proposed Jury Instructions 10 days prior to the trial. Govt witness Richard Bratt continued. Govt rests. Deft's witness Shepard Ginandes, M.D., Deft Landis' Ex #3 admitted. Contd to 02-23-89 at 9:00 for further hrng. (Walter Smith) SAMUEL CONTI | | | | |
| | 27 | Ex Parte Motion for Interim Payment of Court-Appointed Attorney's Fees and Expenses; Declaration of John Ashford Thompson | | | | |
| 23 | | EP: Suppression Hrng - 6th Day - [defense attys Hart, Harrison, Murphy, Thompson present]. Govt Ex #8 - admitted; closing arguments. Matter submitted. Next appearance: Tuesday, 02-28-89 at 9:00 a.m. for Defts' Motion to Dismiss. (Diane Begin) SAMUEL CONTI | | | | |
| | 28 | ORDER: (1) Designating Case Complex and (2) Continuing Trial to April 11, 1989  SAMUEL CONTI [period from 02-16-89 to 04-11-89 excludable pursuant to 18:3161(h)(8)(b)(ii)] | | | | |
| | | Transcript of Proceedings - 02-15-89 - (Diane Begin) - Orig. - 144 pages - defts 01,02,03,04 | | | | |
| 27 | 29 | Government's Reply To Defendant Greyshock's Memorandum In Support of Motion To Dismiss The Indictment On Jurisdictional Grounds | | | | |
| 28 | | ORDER Authorizing Interim Payment of Court-Appointed Attorney's Fees and Expenses    TOKAIRIN | | | | |
| | | EP: Defts' Motion to Dismiss re: Jurisdiction - [defense attys present: Hart, Harrison, Murphy, Thompson] - Govt Ex #1 admitted; Deft Landis' #1 - log entry of 12-09-89 and all testimony concerning this entry admitted into evidence in this hrng (taken from Motion to Suppress). ORDERED: Motion to Suppress - re: Confession - DENIED; re: Delay in being brought before a Magistrate - DENIED; Motions to Dismiss - re: Bad Faith - destruction of evidence - DENIED; re: Cook Island Consent - jurisdiction - DENIED. Court to provide a written copy of this order. Dr. Ginandes will not be allowed to testify at the trial; trial to last 12-15 days. Parties to submit in camera witness list to court by 03-24-89. Trial set for jury selection on 04-10-89 at 9:30 a.m. before the magistrate; jury trial to begin 04-11-89 at 9:00 a.m. (Diane Begin) | SAMUEL CONTI | | | |
| Mar 2 | 30 | Plaintiff's Statement of Jencks Act and Other Materials Provided to the Defendants at or Before Pre-Trial Hearings | | | | |
| | 31 | Notice of Intent to Introduce Foreign Business Records | | | | |
| | 32 | Government's Witness List | | | | |
| 6 | | Transcript of Proceedings - 02-22-89 - (Walter R. Smith/Knipes) - Orig. - defts 01 to 04 - 81 pages   [morning hrng] | | | | |
| | | Transcript of Proceedings - 02-23-89 - (Diane A. Begin/Knipes) - Orig. - defts 01 to 04 - 51 pages | | | | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs  DAVIDSON, SCOTT

CR 88-01778 DAE 04
page 6

AO 256A

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 1989 Mar 8 | | Transcript of Proceedings - 02-28-89 - (Diane A. Begin/Knipes) - Orig. - defts 01 to 04 - 22 pages | |
| 21 | 33 | ORDER  SAMUEL CONTI [Defts' Motions to Suppress & Dismiss - DENIED] cc: Bracco, Hart, Harrison, Murphy, Thompson | |
| 23 | | Transcript of Proceedings - 02-21-89 - (Reginald Knipes) - defts 01, 02, 03, 04 - Orig. - 138 pages | |
| 24 | 34 | Defendant Davidson's In Camera Witness List (**SEALED**) | |
| 29 | 35 | Notice of Motion [no date]; Government's Motion in Limine to Exclude Expert Testimony Concerning "Thought Reform" at Trial - referred to Judge Conti | |
| Apr 3 | 36 | Government's Requested Jury Instructions as Modified to Conform to Trial Court's Jurisdictional Rulings - cc: Judge Conti (via fax by Ginger/USA & by regular mail) | |
| 4 | 37 | Plaintiff's Statement of Additional Jencks Act and Other Materials Provided to the Defendants | |
| 10 | 38 | EP: Motion for Change of Plea - deft present with counsel. Questioned. Advised of constitutional rights, etc. Further questioned. Memorandum of Plea agreement read in open court by Mr. Bracco. "Memorandum fo Plea Agreement" filed. GUILTY plea entered to CT 1. Deft referred for presentence investigation and report and SENTENCING set for Wednesday, 07-05-89 at 10:0 a.m. before Judge Conti. Bond contd. Deft to remain in custody.    (ESR)  SAMUEL CONTI | |
| | 39 | APPOINTMENT - Interim Voucher #1 - THOMPSON - V# 0158917 - [Nunc pro tunc 03-01-89]  $2464.90 - 10-5-89 - SAMUEL CONTI/GOODWIN | |
| 13 | 40 | Application in Support of an Order Authorizing Temporary Transfer of SCott Davidson into the custody of the Federal Bureau of Investigation and/or the United States Customs Service | |
| | 41 | ORDER Authorizing Temporary Transfer of Scott Davidson into the custody of Agents of the Federal Bureau of Investigation and/or the United States Customs Service  SAMUEL CONTI | |
| May 11 | 42 | CJA 21 - Authorization and Voucher for Payment of Expert and Other Services - $1,000.00 to Shepard Ginandes, M.D. SAMUEL CONTI | |
| Jun 8 | 43 | Government's Sentencing Statement | |
| | 44 | Defendant Scott Davidson's Sentencing Statement; Exhibits "A" - "B"; Certificate of Service | |
| 27 | 45 | Government's Supplemental Sentencing Memorandum Re:  Health Effects of Marihuana | |
| | 46 | Government's Response to the Several Sentencing Statements of Defendants Stewart, Landis, and Davidson | |

Interval (per Section II)  Start Date / End Date  Ltr. Code  Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET            DAVIDSONN, SCOTT   CR 88-01778 DAE 04  page 7
AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1989 | | | | | | |
| Jun 29 | 47 | Notice of Motion [07-05-89 at 10:00 (Conti)]; Defendant Davidson's Motion to Withdraw Plea; Declaration of John Ashford Thompson; Certificate of Service | | | | |
| Jul 3 | 48 | Government's Memorandum in Opposition to Motions to Withdraw Plea | | | | |
| 5 | | EP: SENTENCING To CT 1 - Thompson & Bracco present. Memorandum of Plea Agreement accepted. M/Withdraw Guilty Plea - DENIED. Deft's Exhib 1 & 2 admitted. CT 1 - 188 mos impr w/ 5 yrs sup rel. Spec Assess - $50.00, ESS. Spec Cond - That the deft particp in a program approved by the US Prob Office for drug testing, and if necessary treatment for drug dependency. Adv of right to appeal the sentence. ORDERED that the presentence report be filed under seal, however, counsel upon applic will have access to the report for purposes of appeal. Further ordered that the probation officer's rec be filed under seal under separate cover. Applciation to retain the presentence report to prepare notice of appeal GRANTED. M/Dismiss CT 2 - GRANTED                    (ESR) SAMUEL CONTI | | | | |
| | 49 | JUDGMENT Including Sentence Under The SENTENCING Reform Act SAMUEL CONTI | | | | |
| 6 | 50 | **NOTICE OF APPEAL (By Defendant Davidson)** | | | | |
| 10 | 51 | ORDER for Time Schedule - RT to be ordered by 7/27/89, RT to be filed by 8/26/89; Aplt's opening brief to be filed by 10/5/89; Aple's brief to be filed by 11/4/89; Reply brief (if any) to be filed by 11/18/89 - cc: Clerk, 9th CCA, Bracco, Thompson, George Bartels, Knipes & Associates, Terrence Chun & Brooke Iverson | | | | |
| 12 | 52 | Transcript Designation And ORdering Form - 07-05-89, ESR | | | | |
| 13 | | Transcript of Proceedings - 07-05-89 - Orig - pp 67 - SENTENCING of defts 1,2,3,4 - (V/ARS, Robin Sines, transcriber)                   cc: USPO | | | | |
| 27 | | **Certificate of Record mailed to Clerk, 9th CCA - cc: all counsel (CA 89-10349)** | | | | |
| 31 | 53 | Presentence Investigation & Report SENTENCING Recommendation | | | | |
| | 54 | SENTENCING Recommendation filed & retnd to USPO | | | | |
| 1990 | | | | | | |
| Jan 8 | 55 | Authorization & Voucher For Expert & Other Services - 0127104 - [resubmitted w/ corrections; vacate docket entry #42] - reference 0125630, claim of T. Murphy, AFPD for def 03, Landis - $500.00 approved - Shepard Ginaneds, MD - CONTI | | | | |
| Mar 27 | | Original Record Airmailed to Clerk, 9th CCA | | | | |
| Nov 9 | 56 | JUDGMENT - 9CCA - Judgment of the District Court is hereby AFFIRMED. Filed & entered 9CCA 08-08-90 cc: Hart, Harrison, Murphy, J. Thompson, Bracco, USPO, USM, Judge Conti, Judge Ezra | | | | |
| 1991 | | | | | | |
| Apr 22 | | Transcript of Proceedings - Orig. - pp. 88 - 04-10-89 - V/ARS | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs   DAVIDSON, SCOTT

AO 256A

CR 88-01778 DAE 04
page 8

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1998 Nov 9 | Transcript of Proceedings - pgs. 53 - 02/10/89 Terrence Chun | |
| 1999 JAN 19 | Transcript of Proceedings - 125 pgs - 02-15-89 Original - Yukio Ichikawa - (As to DEFTS. -01 thru -04) | |
| 2006 Sept 21 | 57 Report and Order Terminating Probation/Supervised Release                                       KAY | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days